UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN JAMES LISLE,

    Petitioner,

vs.

BRIAN SANDOVAL, *et al.*,

    Respondents.

2:15-cv-00351-APG-VCF

**ORDER**

    In this habeas corpus action, on July 29, 2015, the court denied the application to proceed *in forma pauperis* filed by the petitioner, Kevin James Lisle, and ordered him to pay the $5 filing fee; the court granted Lisle 20 days -- until August 18, 2015 -- to make that payment (ECF No. 4).

    On August 21, 2015, Lisle filed a motion for extension of time (ECF No. 6), requesting an extension of time to pay the filing fee. The court finds that Lisle's motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the requested extension of time. The court will grant the motion for extension of time, and will grant Lisle until and including October 9, 2015, to pay the filing fee for this action, as described in the order entered on July 29, 2015.

    On July 31, 2015, Lisle filed a motion to strike (ECF No. 5), requesting that the court strike from the record a copy of his habeas petition that was filed on May 18, 2015 (ECF No. 3). As the court understands Lisle's motion, he did not intend to file the copy of his petition in this case. The

copy of the petition filed on May 18, 2015, is not necessary to this action. The operative petition in this action is attached to Lisle's application to proceed *in forma pauperis* (ECF No. 1); that petition will be separately filed, and screened by the court, when Lisle pays the filing fee. Good cause appearing, therefore, the court will grant Lisle's motion to strike.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Enlargement of Time (ECF No. 6) is **GRANTED**. Lisle shall have until and including **October 9, 2015**, to pay the filing fee for this action, as described in the order entered July 29, 2015 (ECF No. 4).

**IT IS FURTHER ORDERED** that petitioner's Motion to Strike (ECF No. 5) is **GRANTED**. The Clerk of the Court shall strike from the record the copy of petition for writ of habeas corpus filed on May 18, 2015 (ECF No. 3).

Dated this 25th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE